IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:23-CR-195 |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESAE |
| | ) | |
| v. | ) | |
| | ) | |
| SHERMAN THOMAS, | ) | <u>PRELIMINARY STATEMENT</u> |
| | ) | |
| Defendant. | ) | |

The United States of America, through undersigned counsel, submits the following preliminary statement to be read during voir dire. Pursuant to the Court's trial order, the government provided a draft of this preliminary statement to standby counsel for Defendant Sherman Thomas. Standby counsel notified the government that they reviewed this preliminary statement with Thomas, but that Thomas did not agree with it. To date, Thomas has not responded with any edits, comments, or alternate drafts. Accordingly, the government submits this preliminary statement without the concurrence of Thomas.

*As to Count 1, the government alleges that Mr. Thomas, along with Melvin Hodge, Frank Black, Carvin Cook, and others, participated in a conspiracy to distribute and possess with intent to distribute controlled substances. More specifically, the government alleges that Mr. Thomas and other members of the conspiracy used a pill press machine, multi-colored powder, and other items to press methamphetamine into pill-form, which they then resold.*

*As to Counts 2 and 5, the government alleges that on September 28, 2022, law enforcement executed a search warrant at Mr. Thomas's apartment on Father Caruso Drive in Cleveland, Ohio. The government alleges that inside Mr. Thomas's apartment, law enforcement*

*found methamphetamine, a Glock pistol, a drug ledger, and multiple cell phones.  Count 2 charges that Mr. Thomas possessed the methamphetamine in the apartment with intent to distribute.  And Count 5 charges that Mr. Thomas possessed the Glock firearm as a convicted felon.*

*As to Count 4, the government alleges that Mr. Thomas used or maintained a residence on Reyburn Road in Cleveland Heights, Ohio for the purpose of manufacturing, distributing, or using methamphetamine.  More specifically, the government alleges that law enforcement also executed a search warrant at this Reyburn Road residence on September 28, 2022, and found a pill press machine, a rifle, multi-colored powder used to manufacture pills, blenders containing residue, and other drug paraphernalia.*

*Mr. Thomas has pled not guilty to all counts, and is presumed innocent.*

    Respectfully submitted,

    CAROL M. SKUTNIK
    Acting United States Attorney

By:   /s/ James P. Lewis
    James P. Lewis (MD: 1412170148)
    Assistant United States Attorney
    United States Court House
    801 West Superior Avenue, Suite 400
    Cleveland, OH 44113
    (216) 622-3958
    (216) 522-7499 (facsimile)
    James.Lewis@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June 2025 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

Sherman Thomas
NEOCC
2240 Hubbard Road
Youngstown, Ohio 44505

/s/ Elizabeth M. Crook
Elizabeth M. Crook
Assistant U.S. Attorney